UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 23-cr-00214-15 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DAJUAN JACKSON (15) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Record Document 283) is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 4th day of June, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE